IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DION L. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv248 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY CORRECTIONAL CENTER MEDICAL DEPARTMENT, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte. In filing no. 8, an Order on initial review of the plaintiff's complaint, Magistrate Judge F. A. Gossett stated that he could not determine from the complaint who the intended defendant or defendants in this case may be. Therefore, he ordered the plaintiff to file an Amended Complaint by September 19, 2005, specifying whether the plaintiff intends to sue (a) Douglas County, Nebraska, which operates the Douglas County Correctional Center ("DCCC"), or (b) the medical providers at DCCC, or perhaps (c) both. The court cannot issue summons without a clear indication as to the identity of the intended defendant(s). The plaintiff has not filed an Amended Complaint or otherwise responded to Magistrate Judge Gossett's Order. I will grant the plaintiff an extension of time until October 30, 2005 to file an Amended Complaint clarifying the identity of the defendant(s) in this case. In the absence of an Amended Complaint by October 30, 2005, this case will be subject, without further notice, to dismissal without prejudice.

SO ORDERED:

October 3, 2005.                    BY THE COURT:

                                    /s *Richard G. Kopf*
                                    United States District Judge