IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DION L. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv248 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY CORRECTIONAL CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

Filing no. 12 is an entry in the docket sheet of this case by the Clerk of Court stating: "Mail Returned as Undeliverable addressed to Dion Baker 1299929, CJ-DOUGLAS, Douglas County Correctional Center, 710 South 17th Street, Omaha, NE 68102 regarding Order 11. Not Remailed. **Waiting for response from Douglas County Correctional Center for forwarding address**."   (Emphasis added.)

Apparently, the defendant-Douglas County Correctional Center has not bothered to contact the court with the requested information.  Therefore, by no later than November 4, 2005, the defendant or its attorney shall file a **written** statement in this case providing all information in the defendant's possession and otherwise available to the defendant concerning the whereabouts of the plaintiff.

SO ORDERED.

DATED this 24th day of October, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge